

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2020

No. 04-20-00041-CV

Priscilla **VILLARREAL-TREVINO,**
Appellant

v.

**ALL STAR KIDS DAY CARE AND LEARNING CENTER, INC.,**
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2018CVK001081D1
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

The trial court signed a final appealable order on December 9, 2019. Because this is an accelerated appeal, the notice of appeal was due by December 30, 2019. *See* TEX. R. APP. P. 26.1(b). A motion for extension of time to file the notice of appeal was due by January 14, 2020. *See* TEX. R. APP. P. 26.3. Appellant filed her notice of appeal on January 6, 2020. Although appellant filed a notice of appeal within the fifteen-day grace period allowed by Rule 26.3, she did not file a motion for extension of time.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C). It is therefore ORDERED that appellant file a response presenting a reasonable explanation for failing to file the notice of appeal in a timely manner **by April 24, 2020**. If appellant fails to respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c). All other appellate deadlines are suspended until further order of this court.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2020.



MICHAEL A. CRUZ,
Clerk of Court